YeongBeomGim

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **06-00101** |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS** |
| YEONG BEOM GIM, ) | [18 U.S.C. §§ 2 & 1028(a)(7)] |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about April 21, 2005, within the District of Guam, the defendant herein, YEONG BEOM GIM, did unlawfully and knowingly possess and use, without lawful authority, a means of identification of another person, to-wit: Taxpayer Identification Number 952-737-051 belonging to Shuhei Fukuda, with the intent to commit, or to aid or abet, or in connection with,

//
//
//
//

an unlawful activity that constitutes a violation of Federal law, to-wit: Title 18, United States Code, Section 666(a)(2),

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 1028(a)(7).

DATED this 15th day of November 2006.

A TRUE BILL.

_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2