# Criminal Case Cover Sheet  U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number 06-00101
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: __X__ Yes ___ No

Defendant Name _____Yeong Beom Gim_____

Alias Name _____

Address _____

_____Tamuning, GU_____

Birthdate __xx/xx/1973__ SS# _____ Sex __M__ Race __A__ Nationality __Korean__

**RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

**Interpreter:** ___ No __X__ Yes   List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 2 & 1028(a)(7) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __NOV 15 2006__   Signature of AUSA: _____