LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00101 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER SEALING CASE** |
| YEONG BEOM GIM, | ) | |
| Defendant. | ) | |

Upon motion by the Government and for good cause shown,

IT IS HEREBY ORDERED that the record in the above-captioned case be sealed.

DATED this 16th day of November 2006, *nunc pro tunc* to November 15, 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**