1    yeonggimuns

2    LEONARDO M. RAPADAS
     United States Attorney
3    KARON V. JOHNSON
     Assistant U.S. Attorney
4    Suite 500, Sirena Plaza
     108 Hernan Cortez Ave.
5    Hagåtña, Guam 96910
     Tel: (671) 472-7332
6    Fax: (671) 472-7334

7    Attorneys for the United States of America



**☐ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

MAR 2 0 2008 ℞⋅⅁⋅

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00101 |
| Plaintiff, ) | |
| vs. ) | **APPLICATION TO** |
| YEONG BEOM GIM, ) | **UNSEAL RECORD** |
| Defendant. ) | |

      The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

      Respectfully submitted this 20th day of March 2008.

                         LEONARDO M. RAPADAS
                         United States Attorney
                         Districts of Guam and NMI

By: _Karon V. Johnson_____
                       KARON V. JOHNSON
                       Assistant U.S. Attorney