LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00101 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER UNSEALING RECORD** |
| ) | |
| YEONG BEOM GIM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon the government's filing of an application to unseal this case and for good cause shown,

IT IS HEREBY ORDERED that the record herein be unsealed.

**/s/ Joaquin V.E. Manibusan, Jr.**
  **U.S. Magistrate Judge**
**Dated: Mar 20, 2008**