# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-06-00101         DATE: March 20, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori        Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz        Electronically Recorded: 2:41:07-2:53:50
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Yeong Beom Gim        Attorney: Joaquin C. Arriola, Jr.

☑Present ☑Custody ☐Bond ☐P.R.        ☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson        U.S. Agent: Ken Klocke, FBI
U.S. Probation: Maria Cruz        U.S. Marshal: G. Perez/D. Punzalan
Interpreter: Sung W. Yoon        Language: Korean

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**

- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial Scheduling Order executed by the court.
- Trial set for: May 13, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: