# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**YEONG BEOM GIM,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00101-001<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 20, 2008