# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

YEONG BEOM GIM

**WARRANT FOR ARREST**

Case Number: CR-06-00101-001

RECEIVED JAN 24 2008
US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **YEONG BEOM GIM**
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Superseding Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
Violation Petition      Violation Petition    Violation

charging him or her with (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A), Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

FILED DISTRICT COURT OF GUAM MAR 28 2008 JEANNE G. QUINATA Clerk of Court ORIGINAL

| MARILYN B. ALCON | *Marilyn B Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008         Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

GIAA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-23-08 | SA / FBI | For Rall |
| DATE OF ARREST 3-20-08 | Kenneth Klocke | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___YEONG BEOM GIM_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____