**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-06-00101 　　　　　　　　　　　　DATE: April 28, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori 　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio 　　Electronically Recorded: 10:14:13 - 10:40:23

---

**APPEARANCES:**
Defendant: Yeong Beom Gim 　　　　　　Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R. 　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson 　　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon 　　　　　　Language: Korean

---

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: July 2, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: May 27, 2008
- Response to Presentence Report: June 10, 2008
- Final Presentence Report due to the Court: June 28, 2008
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: