# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# AMENDED MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00101                                          DATE: April 28, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio         Electronically Recorded: 10:14:13 - 10:40:23

**APPEARANCES:**

Defendant: Yeong Beom Gim                       Attorney: Joaquin C. Arriola, Jr.
☑Present ☑Custody ☐Bond ☐P.R.                   ☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson                    U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon                       Language: Korean

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: July 2, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: May 27, 2008
- Response to Presentence Report: June 10, 2008
- Final Presentence Report due to the Court: June 24, 2008 *
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

    *Amended to reflect correct due date