# UNITED STATES DISTRICT COURT

|  DISTRICT |  GUAM |
| --- | --- |

**UNITED STATES OF AMERICA**

## NOTICE

V.

**YEONG BEOM GIM**           CASE NUMBER:   **CR-06-00101-001**

TYPE OF CASE:

☐ **CIVIL**       **X  CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
| --- | --- |
|  | DATE AND TIME |

TYPE OF PROCEEDING

### SENTENCING

X   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 6, 2008 at 10:00 A..M. | CONTINUED TO DATE AND TIME<br><br>July 3, 2008 at 1:30 P.M. |
| --- | --- | --- |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 27, 2008                    Virginia T. Kilgore
DATE                         /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
       Joaquin C. Arriola, Jr.
       U.S. Probation Office
       U.S. Marshals Service